BOYLE v. CLARE. (Circuit Court of Appeals, Sixth Circuit. February 2, 1897.) No. 491. In Error to the Circuit Court of the United States for the Western District of Tennessee. Dismissed, with costs, on motion of Percy & Watkins, counsel for plaintiff in error.

---

BURT v. McGRATH. (Circuit Court of Appeals, Sixth Circuit. October 25, 1897.) No. 530. In Error to the Circuit Court of the United States for the Northern District of Ohio. Alexander L. Smith, for plaintiff in error. Scribner Waite, for defendant in error. No opinion. Judgment affirmed.

---

BUTLER v. ASHLAND COAL & IRON CO. (Circuit Court of Appeals, Sixth Circuit. February 24, 1897.) No. 465. Appeal from the Circuit Court of the United States for the District of Kentucky. W. A. Byrne, for appellant. John Hager, for appellee. No opinion. Affirmed.

---

CAMPBELL v. ROWLAND et al. (Circuit Court of Appeals, Fifth Circuit. June 7, 1897.) No. 569. Appeal from the Circuit Court of the United States for the Eastern District of Texas. Before PARDEE and McCORMICK, Circuit Judges, and NEWMAN, District Judge.

PER CURIAM. In the decree of the circuit court we find no reversible error prejudicial to the appellant. The same is therefore affirmed.

---

CHAPIN v. UNION CONSOL. RY. CO. et al. (Circuit Court of Appeals, Seventh Circuit. October 4, 1897.) No. 339. Appeal from the Circuit Court of the United States for the Northern District of Illinois. Levy Mayer, for Charles A. Chapin. Clarence A. Knight and John P. Wilson, for Union Consol. Ry. Co. and others. Dismissed, on motion of appellant.

---

CHICAGO & N. W. RY. CO. v. ANDREWS. (Circuit Court of Appeals, Eighth Circuit. September 15, 1897.) No. 885. In Error to the Circuit Court of the United States for the District of Minnesota. L. L. Brown and W. D. Abbott, for plaintiff in error. William N. Plymat and W. E. Young, for defendant in error. Dismissed, without costs to either party, pursuant to stipulation of parties.

---

THE CITY OF MACKINAC. (Circuit Court of Appeals, Sixth Circuit. November 10, 1896.) No. 315. Appeal from the District Court of the United States for the Eastern District of Michigan. John C. Shaw, for appellants Timothy Hurley and another. Wells, Angell, Boynton & McMillan, for appellee claimant of the City of Mackinac. Discontinued, by consent, after the reversal of the decree dismissing the libel, and before any rehearing was had under the order of October 5, 1896, granting a rehearing. See 73 Fed. 883.